UNITED STATES of America, Plaintiff–Appellee

v.

Jorge MOLINOS–MARTINEZ, also known as Rodrigo Rodriguez, Defendant–Appellant.

No. 08–10252
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 10, 2008.

Susan B. Cowger, Charles William Brown, U.S. Attorney's Office, Dallas, TX, for Plaintiffs–Appellees.

Jorge Molinos–Martinez, U.S. Penitentiary, Leavenworth, KS, for Defendant–Appellant.

---

Before DAVIS, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jorge Molinos–Martinez (Molinos) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Molinos has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Before DAVIS, WIENER, and PRADO, Circuit Judges.

The Federal Public Defender appointed to represent Brian Anthony Goudeau has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Goudeau has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

